IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LIGHTCAST, INC. (ALABAMA), | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:14cv228-WHA |
| LIGHTCAST, INC. (NEVADA), et al., | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #4, filed on behalf of Xiyan Zhang on April 4, 2014, and it appearing that Xiyan Zhang is a member in good standing of the United States District Court for the Eastern District of New York, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 21st day of April, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE