IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LIGHTCAST, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:14cv228-WHA |
| LIGHTCAST, INC., et al., | ) ) ) |
| Defendants. | ) |

### **ORDER**

Upon consideration of Defendants' Motion Pursuant to Rule 12 (Doc. #11) filed on May 9, 2014, it is hereby

ORDERED that Plaintiff shall show cause, if any there be, **on or before June 2, 2014**, why the motion should not be granted. The Defendants shall have **until June 9, 2014,** to file any reply they may wish to file. The motion will be taken under submission on that day for determination without oral argument.

DONE this 12th day of May, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE