IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LIGHTCAST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  2:14cv228-WHA |
| ) | |
| LIGHTCAST, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendants' Motion to Change Venue (Doc. #18) filed on June 16, 2014, it is hereby

ORDERED that Plaintiff shall show cause, if any there be, **on or before July 7, 2014**, why the motion should not be granted.  The Defendants shall have **until July 14, 2014,** to file any reply they may wish to file.  The motion will be taken under submission on that day for determination without oral argument.

DONE this 16th day of June, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE