IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LIGHTCAST, INC. (ALABAMA), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:14cv228-WHA |
| ) | |
| LIGHTCAST, INC. (NEVADA), et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #20), filed on behalf of Kao H. Lu on June 18, 2014, and it appearing that Kao H. Lu is a member in good standing of the United States District Court for the Eastern District of Pennsylvania, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 23rd day of June, 2014.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE