# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00418-RJC-DSC

| | |
|---|---|
| **LIGHTCAST, INC (ALABAMA),** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **LIGHTCAST, INC (NEVADA) et al.** | |
| ) | **ORDER** |
| ) | |
| ) | |
| ) | |
| ) | |
| **Defendants** ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Xiyan Zhang]" (document # 40) filed November 12, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: November 12, 2014

David S. Cayer
United States Magistrate Judge